Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
DEVIN LEE

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA,**
**WESTERN DIVISION**

| | |
|---|---|
| DEVIN LEE,<br><br>          Plaintiff,<br>     vs.<br><br>WYSE FINANCIAL SERVICES, INC.,<br><br>          Defendant. | **Case No.: 11-cv-06756-E**<br><br>NOTICE OF SETTLEMENT |

NOW COMES the Plaintiff, DEVIN LEE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                   Respectfully Submitted,

Dated: May 4, 2012            KROHN & MOSS LTD

                              /s/ Ryan Lee
                              Ryan Lee, Esq.
                              Attorney for Plaintiff,
                              DEVIN LEE

1

NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on May 4, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                By:    /s/ Ryan Lee
                            Ryan Lee, Esq.