Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEVIN LEE

**FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DEVIN LEE, | Case No.: 11-cv-06756-E |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| WYSE FINANCIAL SERVICES, INC., | |
| Defendant. | |

**UPON GOOD CAUSE SHOWING** it is hereby ordered that Judgment be entered in favor of Plaintiff, DEVIN LEE, and against Defendant, WYSE FINANCIAL SERVICES, in the sum of $2,290.00 itemized as follows: $2,000.00 in damages to Plaintiff pursuant to the settlement between the parties, and $290.00 in reasonable attorney's fees. *Payment to be made on or before September 7, 2012.*

IT IS SO ORDERED.

DATED: Aug. 20, 2012          BY: _____
                                  Hon. Manuel Real
                                  U.S. District Court Judge