Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEVIN LEE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DEVIN LEE, | **Case No.:** 11-cv-06756-E |
| Plaintiff, | **PLAINTIFF'S EX PARTE APPLICATION TO AMEND JUDGMENT** |
| v. | |
| WYSE FINANCIAL SERVICES, INC., | |
| Defendant. | |

　　　NOW COMES the Plaintiff, DEVIN LEE ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and hereby presents her Ex Parte Application to Amend Judgment. In support thereof, Plaintiff states as follows:

1. Defendant, WYSE FINANCIAL ("Defendant"), is currently unrepresented by counsel.

2. On August 20, 2012, this Honorable Court entered an Order that Judgment be entered in favor of Plaintiff, DEVIN LEE, in the sum of $2,290.00 itemized as follows: $2,000.00 in damages to Plaintiff pursuant to the settlement between the parties, and $290.00 in reasonable attorney's fees.  [Doc. 21].

3. This Court's order was based upon Plaintiff's Proposed Order, which was drafted incorrectly.

4. Plaintiff's Proposed Order should have requested a judgment of $2,290.00 itemized as follows: $2,000.00 to KROHN & MOSS, LTD, Attorneys for Plaintiff pursuant to the settlement between the parties; and an additional $290.00 in reasonable attorney's fees

- 1 -

to KROHN & MOSS, LTD. accrued in preparing Plaintiff's Motion to Enforce Settlement and Convert to Judgment. A corrected Proposed Order is included with Plaintiff's Ex Parte Application.

WHEREFORE, Plaintiff, DEVIN LEE, requests that this Honorable Court amend its prior order and enter judgment against Defendant for $2,290.00, reflecting $2,000.00 to KROHN & MOSS, LTD pursuant to the settlement between the parties; and an additional $290.00 in reasonable attorney's fees to KROHN & MOSS, LTD. accrued in preparing Plaintiff's Motion to Enforce Settlement and Convert to Judgment.

Date: August 20, 2012                    RESPECTFULLY SUBMITTED,


                                         By:  /s/ Ryan Lee
                                              Ryan Lee
                                              Krohn & Moss, Ltd.
                                              10474 Santa Monica Blvd., Suite 401
                                              Los Angeles, CA 90025
                                              Phone:  (323) 988-2400 ext. 267
                                              Fax:    (866) 802-0021
                                              Attorney for Plaintiff

PLAINTIFF'S EX PARTE APPLICATION TO AMEND JUDGMENT

# PROOF OF SERVICE

I, Matthew Rosenthal, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On July 3, 2012, I served the following documents:

**1) Plaintiff's Ex Parte Application to Amend Judgment**
**2) Declaration of Notification for Plaintiff's Ex Parte Application to Amend Judgment**
   On the parties listed below:

**Ronald Walker**               President/Owner,
3410 S. Galena St., Ste 250     WYSE Financial
Denver, CO 80231

By the following means of service:

[X]   **BY MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL**: I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on August 20, 2012, at Los Angeles, California.

By: _____
       Matthew Rosenthal

PLAINTIFF'S EX PARTE APPLICATION TO AMEND JUDGMENT