Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
DEVIN LEE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DEVIN LEE,

    Plaintiff,

v.

WYSE FINANCIAL SERVICES, INC.,

    Defendant.

Case No.: 11-cv-06756-E

~~PROPOSED~~ ORDER Denying Ex Parte Application to amend Judgement BY FAX

**NO** ~~UPON~~ GOOD CAUSE SHOWING it is hereby ~~ordered that Judgment be entered in favor of Plaintiff, DEVIN LEE, and against Defendant, WYSE FINANCIAL SERVICES, in the sum of $2,290.00 itemized as follows: $2,000.00 to KROHN & MOSS, LTD., Attorneys for Plaintiff pursuant to the settlement between the parties, and an additional $290.00 in reasonable attorney's fees to KROHN & MOSS, LTD. accrued in preparing Plaintiff's Motion to Enforce Settlement and Convert to Judgment. Payment is to be made on or before September 7, 2012.~~

~~IT IS SO ORDERED.~~   **DENIED**

DATED: _____

BY: _____
    **Hon. Manuel Real**
    U.S. District Court Judge

- 1 -

PROPOSED ORDER